UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| DANIEL JONES,<br><br>PLAINTIFF,<br><br>v.<br><br>SMYRNA READY MIX CONCRETE, LLC,<br>D/B/A SRM CONCRETE,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.: 3:24-cv-650-CHB<br><br>Removed from the Hardin Circuit Court<br>Civil Action No. 24-CI-01764 |

**NOTICE OF REMOVAL**

Under 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, Smyrna Ready Mix Concrete, LLC, d/b/a SRM Concrete ("Smyrna"), by counsel, removes to this Court this action brought by Plaintiff, Daniel Jones. In support, Smyrna states:

**BACKGROUND**

1. On or about October 8, 2024, Plaintiff filed his Complaint against Smyrna in the Hardin Circuit Court under Case No. 24-CI-01764 ("State Court Action").

2. On or about October 9, 2024, Smyrna received a copy of Plaintiff's Complaint.

3. This Notice of Removal, together, with all process, pleadings, and orders received by Smyrna, or otherwise on file in the lawsuit, are being filed in this Court less than 30 days after Smyrna's receipt of Plaintiff's Complaint. The removal is therefore timely under 28 U.S.C. §1446(b). Attached as Exhibit A are copies of all documents filed in the State Court Action.

## GROUNDS FOR REMOVAL

**Diversity Jurisdiction, 28 U.S.C. § 1332**

Complete Diversity

4. Plaintiff alleges that he is a resident of Kentucky. Exhibit A, Compl. ¶ 1.

5. Smyrna is a Tennessee Limited Liability Company with its principal office located in Murfreesboro, Tennessee. Exhibit B, Declaration of Jeffrey Hollingshead ¶ 4 (declaring information regarding Smyrna). Smyrna's sole member is Hollingshead Holding Company, LLC, a Tennessee limited liability company with its principal office located in Murfreesboro, Tennessee. *Id.* at ¶ 5. Hollingshead Holding Company, LLC, has four members, each of whom are residents of Tennessee: Jeffrey Hollingshead, Melissa Hollingshead, Michael Hollingshead, and Ryan Hollingshead. *Id.* at ¶ 6; *see also* Exhibit C, Declaration of Jeffrey Hollingshead; Exhibit D, Declaration of Melissa Hollingshead; Exhibit E, Declaration of Michael Hollingshead; and Exhibit F, Declaration of Ryan Hollingshead (declaring each individuals citizenship and residence). Smyrna is not a citizen of Kentucky, nor is Hollingshead Holding Company, LLC, nor any of its members. 28 U.S.C. § 1332(c)(1).

6. Accordingly, there is complete diversity among the parties.

Amount in Controversy

7. The amount in controversy in this dispute exceeds $75,000, exclusive of interest and/or costs.

8. "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Holiday Drive-In, LLC v. Liberty Mut. Ins. Co.*, No. 4:15-CV-00147-JHM, 2016 WL 868837, at *4 (W.D. Ky. Mar. 4, 2016).

9. The Complaint purports to allege a claim of worker's compensation retaliation.

Exhibit A, Compl. ¶¶ 4–17. Although Smyrna disputes the validity of Plaintiff's claims, the nature of Plaintiff's claims clearly exceed the jurisdictional threshold of $75,000, exclusive of interests and/or costs.

10. The Complaint seeks substantial damages from Smyrna, including:

a. Lost wages, back pay, and front pay;

b. Damages for mental and physical pain and suffering, embarrassment, humiliation, and mental anguish;

c. Actual damages; and

d. The costs of filing this lawsuit, including reasonable attorneys' fees.

Exhibit A, Compl. ¶ 17.

2. Plaintiff alleges his employment was terminated by Smyrna on an unspecified date. Exhibit A, Compl. ¶ 13. Plaintiff does not allege his hourly wages in his complaint, but at the time of his termination in June 2023, he made $24.75 per hour during his employment. Exhibit G, Declaration of Beth Smotherman ¶ 4. Plaintiff worked 40 hours per week on average in 2022 and 2023 and had an annualized salary of $49,500. *Id.* at ¶¶ 3–5. Assuming this case can quickly proceed to trial in 18 months from filing, trial would not occur until April 2026. At that point, Plaintiff would be seeking approximately 34 months of back-pay, or about $140,250. Assuming a front-pay award of half this amount, $70,125, Plaintiff's damages for lost wages would be approximately $210,375.[1]

3. But Plaintiff's claimed damages are not limited to lost wages. Plaintiff also seeks damages for emotional distress, embarrassment, and mental anguish. These damages are

[1] *See* U.S. Courts, *Table T-3—U.S. District Courts—Trials Statistical Tables for the Federal Judiciary* (Dec. 31, 2023), *available at* https://www.uscourts.gov/statistics/table/t-3/statistical-tables-federal-judiciary/2023/12/31.

recoverable as "actual damages" under the KRS 342.197 and further increase the amount in controversy above the jurisdictional threshold. The KRS 342.197 has no statutory limit on damages for emotional distress. *Id.*

4. Additionally, the attorney's fees Plaintiff seeks are included in the amount in controversy because KRS 342.197 expressly allows Plaintiff to recover them if he is successful.

5. Given the scope and variety of the damages available in employment cases like this one, Kentucky district courts have recognized it is a "near-certainty" that the amount in controversy in such cases exceeds the jurisdictional threshold. *See Proctor v. Swifty Oil Co.*, No. 3:12-cv-00490-TBR, 2012 WL 4593409, at *1, *3 (W.D. Ky. Oct. 1, 2012); *see also Egan v. Premier Sales & Sys.*, 237 F. Supp. 2d 774, 776 (W.D. Ky. 2002) ("Defendant can easily make the case that the claims are more likely than not to reach the federal amount in controversy requirement" where "Plaintiff alleges termination [including] . . . lost wages, benefits, humiliation, and embarrassment."); *Martin v. UPS Supply Chain Sols.*, No. 3:14-CV-00342, 2015 WL 691557, at *1, *3 (W.D. Ky. Feb. 13, 2015) ("[T]he addition of [plaintiff's] claims for emotional distress, mental anguish, humiliation, and embarrassment, plus future lost wages and attorney's fees, convince the Court of the likelihood of at least $75,000 is at stake in this case."); *Harris v. Burger King Corp.*, No. 3:11-CV-708-H, 2012 WL 13202809, at *1, *1 (W.D. Ky. Mar. 29, 2012) (finding amount in controversy exceeded $75,000, despite negligible back pay damages, given plaintiff's request for *inter alia* lost wages, emotional distress, and attorney's fees).

6. Considering all of Plaintiff's alleged damages, if he were to succeed at trial, he would recover in excess of $75,000.

## CONCLUSION

7. Removal is authorized by 28 U.S.C. §§ 1332, 1441, and 1446. There is complete diversity among all parties of interest who are properly joined in this action, and based on Plaintiff's Complaint and extant law, it is appropriate to conclude that the amount in controversy exceeds the jurisdictional amount of $75,000, exclusive of interest and costs.

8. The U.S. District Court for the Western District of Kentucky, Louisville Division, is the district court for the judicial district and division embracing Hardin County, Kentucky, where the State Court Action is pending. 28 U.S.C. § 97(b).

9. A copy of this Notice of Removal is being served by U.S. Mail on counsel for Plaintiff and a Notice of Filing Notice of Removal is being filed with the Hardin Circuit Court in accordance with 28 U.S.C. § 1446. A copy of the Notice of Filing is attached as Exhibit C.

WHEREFORE, Smyrna gives notice that the entire action under Civil Action No. 24-CI-01764, *Daniel Jones v. Smyrna Ready Mix Concrete, LLC, d/b/a Smyrna Concrete*, pending in the Hardin Circuit Court is removed to this Court for all further proceedings.

Respectfully submitted,

*s/ Kevin Roberts*

Kevin Roberts, Ky. Bar No. 96835
Aaron T. Vance, Ky. Bar No. 36986
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis IN 46204
Telephone: (317) 231-6419
(317) 261-7956
Facsimile: (317) 231-7433
Email: kevin.roberts@btlaw.com
aaron.vance@btlaw.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, a copy of the foregoing was served via first class United States mail, postage prepaid on the following counsel of record:

Joseph D. Gaines
GORSKI LAW OFFICE, P.S.C.
161 St. Matthews Ave., Ste 7
Louisville KY 40207
*josephdgaineslaw@gmail.com*

*s/ Kevin Roberts*
Kevin Roberts

45007429v1